## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

UNITED STATES OF AMERICA,

v.                                                            CASE NO.: 4:23-cr-75

JOSHUA DARYL McGREGOR,

    Defendant.

## **ORDER**

On March 7, 2024, Mr. McGregor appeared before the Court for his Rule 11 Hearing. The Defendant made statements during the hearing which suggested possible invocation of an insanity defense. The Court halted progress of the Rule 11 proceedings given the Defense statements.

The Court had determined – based on its own evaluation of the Defendant, the evaluation conducted by the Magistrate Judge, the representations of Defense Counsel and representations of the Defendant himself – that he was competent to enter a plea of guilty. However, the Court is presently unclear of the Defendant's position as to whether he now wishes to raise an insanity defense. The Court was originally inclined to order an in-custody examination. However, in order to clarify the Defendant's position, Defense Counsel is ordered to state on the record whether, in fact, Defendant elects to proceed with an insanity defense and give notice of such or whether Defendant elects to waive any possible insanity defense and proceed with entry of his plea of guilty. Such notice must be made on the record and signed by Defendant and Defense Counsel no later than Monday, March 11, 2024.

SO ORDERED this 7th day of March, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA