# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | CASE NO. 4:23CR75 |
| ) | |
| JOSHUA McGREGOR ) | |
| Defendant ) | |

## WAIVER OF INSANITY DEFENSE

COMES NOW W. JOSEPH TURNER, attorney for Defendant Joshua McGregor in the above-styled matter, and hereby respectfully files this WAIVER OF INSANITY DEFENSE. In support of this Waiver, Counsel shows as follows:

Defendant was previously before the Court on March 7, 2024 for a Rule 11 Plea Hearing. At that time, the Court ordered that Defendant undergo a mental evaluation to determine whether he was competent to stand trial. While Defendant understands that the Court had reservations about his mental competency and that his counsel had previously filed and withdrawn a Motion for Mental Evaluation, Defendant hereby waives any insanity defense that he might otherwise have. This waiver is entered freely and voluntarily, and it is made with the advice of counsel.

THEREFORE, Defendant does hereby waive any insanity defense that he might be entitled to raise and respectfully requests that the Court accept his change of plea and allow Defendant to plea guilty to Count 1 (Arson) of the Indictment.

A copy of this Waiver has been served upon the U.S. Attorney's Office via the Electronic Case Filing System of the Southern District of Georgia.

Respectfully submitted this 11th day of March, 2024.

                                              W. Joseph Turner
                                              Attorney for Defendant
                                              State Bar No.: 513605

                                              Joshua McGregor
                                              Defendant

The Turner Firm, LLC
Attorneys at Law
P.O. Box 8095
Savannah, GA 31412
T: (912) 226-7662
F: (912) 226-7664